# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## NORTHERN District of Florida

Case Number: 4:19-CV-00232-MW-CAS

Plaintiff:
**MAGGIE PATTERSON**

vs.

Defendant:
**FLORIDA AGRICULTURAL AND MECHANICAL UNIVERSITY BOARD OF TRUSTEES**

For:
TIFFANY R. CRUZ
FRIEDMAN, ABRAHAMSEN & CRUZ
403 E. PARK AVENUE
TALLAHASSEE, FL 32301-2653

Received by NOLAN PROCESS SERVERS, LLC on the 23rd day of May, 2019 at 11:07 am to be served on **FLORIDA AGRICULTURAL AND MECHANICAL UNIVERSITY BOARD OF TRUSTEES C/O CHAIR OF THE BOARD OF TRUSTEES, 304 FOOTE HILYER BLVD., TALLAHASSEE, FL 32307**.

I, MARY GREEN, do hereby affirm that on the **28th day of May, 2019** at **2:06 pm**, I:

>>**PUBLIC AGENCY:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT** with the date and hour of service endorsed thereon by me, to: **ANA MC DONALD** as **ATTORNEY** for the Department of Financial Services on behalf of FLORIDA AGRICULTURAL AND MECHANICAL UNIVERSITY BOARD OF TRUSTEES C/O CHAIR OF THE BOARD OF TRUSTEES 304 FOOTE HILYER BLVD., TALLAHASSEE, FL 32307and informing said person of the contents therein.

**Description** of Person Served: Age: 30+, Sex: F, Race/Skin Color: BLACK, Height: 5'4", Weight: 160, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge.NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

_____
**MARY GREEN**
Certified Process Server #243

**NOLAN PROCESS SERVERS, LLC**
7498 Anglewood Lane
Tallahassee, FL 32309
(850) 562-6058

Our Job Serial Number: MCN-2019006147

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

MAGGIE PATTERSON,

*Plaintiff(s)*

v.

FLORIDA AGRICULTURAL AND
MECHANICAL UNIVERSITY
BOARD OF TRUSTEES

*Defendant(s)*

Civil Action No. 4:19-cv-00232-MW-CAS

*Served*
Date 5/28/19  Time 2:06p
MOG  No. 243
is a certified process server in the
Circuit and County Courts
in and for the Second Judicial Circuit

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FLORIDA AGRICULTURAL AND MECHANICAL UNIVERSITY
BOARD OF TRUSTEES
Chair of the Board of Trustees
304 Foote Hilyer Blvd.
Tallahassee, FL 32307

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Tiffany R. Cruz
Friedman, Abrahamsen & Cruz
403 E. Park Avenue
Tallahassee, Florida 32308

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: May 22, 2019

s/Ronnell Barker, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Florida A&M Univeristy Board of Trustees
was received by me on *(date)*  5/28/19  .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Ana McDonald , who is designated by law to accept service of process on behalf of *(name of organization)*  Florida A&M University Board of Trustees  on *(date)*  5/28/19 at 2:00pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  0  .

I declare under penalty of perjury that this information is true.

Date: 5/28/19

*Server's signature*

Mary Eirfen, CPS #243
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: